Olivia LOPEZ–ESQUER, Petitioner,

v.

John ASHCROFT, Attorney
General, Respondent.

No. 02–71095.

Agency No. A76–611–179.

United States Court of Appeals,
Ninth Circuit.

Submitted June 14, 2004.*

Decided June 21, 2004.

James G. Roche, Law Offices of James G. Roche, Santa Ana, CA, for Petitioner.

Regional Counsel, Western Region, Immigration & Naturalization Service, Laguna Niguel, CA, CAC–District Counsel, Office of the District Counsel, Los Angeles, CA, Ronald E. LeFevre, Chief Legal Officer, Office of the District Counsel, San Francisco, CA, M. Jocelyn Wright, Esq., Larry P. Cote, DOJ–U.S. Department of Justice, Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before LEAVY, THOMAS, and FISHER, Circuit Judges.

MEMORANDUM**

Olivia Lopez–Esquer, a native and citizen of Mexico, petitions for review of an order of the Board of Immigration Appeals affirming without opinion an immigration judge's removal order and denial of her application for cancellation of removal. We lack jurisdiction to review the discretionary determination that Lopez–Esquer failed to demonstrate the requisite "exceptional and extremely unusual hardship" to a qualifying relative. 8 U.S.C. § 1252(a)(2)(B); *Romero–Torres v. Ashcroft,* 327 F.3d 887, 892 (9th Cir.2003).

Lopez–Esquer's contention that the Board was required to state reasons for its decision lacks merit. *Falcon Carriche v. Ashcroft,* 350 F.3d 845, 851 (9th Cir.2003) (holding that the BIA does not violate due process by affirming without opinion an immigration judge's hardship determination in a cancellation of removal case).

**PETITION FOR REVIEW DISMISSED IN PART AND DENIED IN PART.**

Andres ALVARADO; et al., Petitioners,

v.

John ASHCROFT, Attorney
General, Respondent.

No. 02–71686.

Agency Nos. A75–306–425, A75–306–426.

United States Court of Appeals,
Ninth Circuit.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

Submitted June 15, 2004.*

Decided June 21, 2004.

Walter Rafael Pineda, Law Offices of Walter Rafael Pineda, San Francisco, CA, for Petitioners.

Regional Counsel, Western Region, Immigration & Naturalization Service, Laguna Niguel, CA, Ronald E. LeFevre, Chief Legal Officer, Office of the District Counsel, San Francisco, CA, Greg D. Mack, DOJ–U.S. Department of Justice, Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before LEAVY, THOMAS, and FISHER, Circuit Judges.

MEMORANDUM**

Andres Alvarado and his wife Alma Elizarranas, natives and citizens of Mexico, petition for review of the Board of Immigration Appeals' ("BIA") summary affirmance of the Immigration Judge's denial of their applications for asylum and withholding of removal, and pretermission of their requests for cancellation of removal. We have jurisdiction pursuant to 8 U.S.C. § 1252. We review de novo. *Vasquez–Zavala v. Ashcroft,* 324 F.3d 1105, 1107 (9th Cir.2003). We deny the petition for review.

Petitioners' contention that they had a settled expectation that the denial of their asylum applications would result in deportation proceedings because they filed their asylum applications before the Illegal Im-

migration Reform and Immigrant Responsibility Act took effect is foreclosed by *Vasquez–Zavala,* 324 F.3d at 1108–09.

The BIA's summary affirmance without opinion does not violate due process. *See Falcon Carriche v. Ashcroft,* 350 F.3d 845, 850–51 (9th Cir.2003).

**PETITION FOR REVIEW DENIED.**

Rolando **GONZALEZ–MENDOZA,**
Petitioner,

v.

John **ASHCROFT, Attorney General, Respondent.**

No. 02–72418.
Agency No. A73–837–624.

United States Court of Appeals,
Ninth Circuit.

Submitted June 15, 2004.*

Decided June 21, 2004.

Carlos Vellanoweth, Attorney at Law, John Wolfgang Gehart, Vellaneoweth and Gehart LLP, Los Angeles, CA, for Petitioner.

courts of this circuit except as provided by Ninth Circuit Rule 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

courts of this circuit except as provided by Ninth Circuit Rule 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).